# IN THE UNITED STATES DISTRICT COURT FOR THE
# MIDDLE DISTRICT OF GEORGIA
# MACON DIVISION

| | |
|---|---|
| **UNITED STATES OF AMERICA** : | |
| : | |
| v : | **CASE NO. 5:15-CR-35 (MTT)** |
| : | |
| **CHRISTOPHER DARKINS** : | |
| : | |

## MOTION TO DISMISS

COMES NOW the United States of America, by and through its attorney, the United States Attorney for the Middle District of Georgia, and pursuant to Rule 48(a) of the Federal Rules of Criminal Procedure and by leave of the Court endorsed hereon, the United States Attorney for the Middle District of Georgia hereby dismisses the indictment against CHRISTOPHER DARKINS,

In support of this motion, the Government states the following:

The Defendant fulfilled the conditions required by the Government.

RESPECTFULLY SUBMITTED, this 12th day of April, 2017.

                        G.F. PETERMAN, III.
                        UNITED STATES ATTORNEY
BY:           _____
                        s/TAMARA A. JARRETT
                        Georgia Bar No. 389629
                        Assistant U.S. Attorney
                        United States Attorney's Office
                        Middle District of Georgia
                        P.O. Box 1702
                        Macon, Georgia 31202
                        (478) 752-3511

## CERTIFICATE OF SERVICE

I, TAMARA A. JARRETT, Assistant United States Attorney, hereby certify that on the 12th day of April, 2017, I electronically filed the within and foregoing MOTION TO DISMISS with the Clerk of the Court using the CM/ECF system which will send notification of such filing to the following:

Mr. John Lovell
Attorney at Law

G.F. PETERMAN, III.
UNITED STATES ATTORNEY

BY: _____
s/TAMARA A. JARRETT
Georgia Bar No. 389629
Assistant U.S. Attorney
United States Attorney's Office
Middle District of Georgia
P.O. Box 1702
Macon, Georgia 31202
(478) 752-3511