IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF GEORGIA
MACON DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA,<br>  Plaintiff,<br><br>  v.<br><br>CHRISTOPHER DARKINS,<br>  Defendant. | CRIMINAL ACTION NO.:<br>5:15-CR-00035-27-MTT-CHW |

MOTION TO WITHDRAW AS COUNSEL FOR DEFENDANT AND
CERTIFICATION THAT DISCOVERY HAS BEEN RETURNED

COMES NOW the undersigned Counsel and hereby files his Motion to Withdraw as Counsel for Defendant. In support thereof Counsel shows as follows:

Counsel was appointed under the Criminal Justice Act. The Government motioned for and this Honorable Court granted the dismissal of all charges against Mr. Darkins. As a result, Mr. Darkins requires no further representation. Candidly, counsel does not wish to receive pleadings for this large case for years or decades to come.

Additionally, I certify that I have caused to be mailed to the Clerk of the Court, all discovery received in this case in compliance with the Court's order. *See* Docs.306, 311 and 312. (Letter to Clerk attached as Exhibit A).

WHEREFORE, Counsel moves that his name be removed as attorney of record for Mr. Darkins. A proposed Order is submitted herewith for the Court's consideration.

Dated: This 8th day of May, 2017.

                      Respectfully Submitted,
                      s/ *John Lovell*
                      John Lovell
                      Attorney for Defendant
                      Georgia Bar No. 359390
                      90F Glenda Trace, #427
                      Newnan, Georgia 30265
                      678.552.2534

## CERTIFICATE OF SERVICE

This is to certify that a copy of the foregoing document was formatted in Times New Roman 14 pt., and was electronically filed this day with the Clerk of Court using the CM/ECF system which will automatically send email notification of such filing to all parties of record.

Dated: This 8th day of May, 2017.

                      Respectfully Submitted,
                      s/ *John Lovell*
                      John Lovell
                      Attorney for Defendant
                      Georgia Bar No. 359390
                      90F Glenda Trace, #427
                      Newnan, Georgia 30265
                      678.552.2534

IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF GEORGIA
MACON DIVISION

UNITED STATES OF AMERICA,
  Plaintiff,

v.

CHRISTOPHER DARKINS,
  Defendant.

CRIMINAL ACTION NO.:
5:15-CR-00035-27-MTT-CHW

ORDER

Before the Court is appointed counsel John Lovell's Motion to Withdraw as Counsel for Defendant Darkins. It appears to the Court that Mr. Darkins no longer requires representation in this matter. Accordingly, for good cause shown, the motion is GRANTED.

IT IS HEREBY ORDERED that the Clerk of Court shall terminate Mr. Lovell as counsel for Mr. Darkins.

SO ORDERED, this ____ day of _____, 2017.

_____
MARC T. TREADWELL
UNITED STATES DISTRICT JUDGE